UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR190 RWS |
| ) | |
| TICHELLE COLE WHALEY, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

**IT IS HEREBY ORDERED** that defendant's change of plea is set for May 2, 2006, at 9:30 a.m.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2006.